# United States District Court
# For The Western District of North Carolina
# Asheville Division

JAMES EARNEST CHAMBERS,

        Petitioner,

vs.

GEORGE KENWORHTY,
Superintendent of Lumberton
Correctional Facility,

        Respondent.

JUDGMENT IN A CIVIL CASE

1:04cv207-3-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 27, 2007 Order.

March 27, 2007

FRANK G. JOHNS, CLERK

BY: *s/Elizabeth J. Barton*
Elizabeth J. Barton, Deputy Clerk