UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:04CV207-3-MU

| | |
|---|---|
| JAMES EARNEST CHAMBERS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| GEORGE KENWORTHY, ) | |
| Superintendent of Lumberton ) | |
| Correctional Facility, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court upon Petitioner's motion "Requesting Information To Respond To Final Order March - 27th - 2007" filed April 19, 2007 (Document No. 22). Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Document No. 1) on September 27, 2004. On March 27, 2007, in an eleven page Order, this Court denied and dismissed Petitioner's Petition (Document No. 17.) On April 5, 2007, Petitioner filed a Notice of Appeal in the Fourth Circuit Court of Appeals. Petitioner filed the instant motion on April 19, 2007 stating that he "most desparately [sic] needs to respond to this Court's Final order For the Record, as his appeal proceeds to the U.S. Court of Appeals." It appears, although it is not clear, that Petitioner is asking permission to file a response to this Court's Order denying and dismissing his Petition. Petitioner provides no basis for this Court to grant such a request and as such, the motion is denied.

**SO ORDERED.**

Signed: April 23, 2007

*Graham C. Mullen*
Graham C. Mullen
United States District Judge